BRYAN CAVE LEIGHTON PAISNER LLP
Sean K. McElenney
Nevada State Bar No. 9122
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
E-Mail: skmcelenney@bryancave.com

BROWNSTEIN HYATT FARBER SCHRECK
Arthur A. Zorio
Nevada State Bar No. 6547
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 398-3812
Fax: (775) 333-8175

Attorneys for Defendant Ocwen Loan Servicing, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| William H. Joseph,<br><br>    Plaintiff,<br><br>vs.<br><br>Ocwen Loan Servicing, LLC; Equifax Information Services, LLC<br><br>    Defendants. | No. 2:18-cv-00654-JCM-CWH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff William H. Joseph and Defendant Ocwen Loan Servicing, LLC, hereby stipulate to extend the deadline for Defendant to respond to the Complaint to June 8, 2018. Defendant requested this extension to which Plaintiff is unopposed. The parties agree to this extension in good faith to allow Defendant additional time to evaluate the facts of the case prior to responding to the Complaint and for the parties to explore whether an early resolution is possible.

11723136.1\2392233

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 23rd day of May, 2018. |
| 2 | BRYAN CAVE LEIGHTON PAISNER LLP |
| 3 | |
| 4 | By */s/ Sean K. McElenney*<br>Sean K. McElenney |
| 5 | Two North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4406 |
| 6 | BROWNSTEIN HYATT FARBER SCHRECK |
| 7 | Arthur R. Zorio, Esq.<br>5371 Kietzke Lane |
| 8 | Reno, Nevada 89511 |
| 9 | Attorneys for Ocwen Loan Servicing, LLC. |
| 10 | KNEPPER & CLARK LLC |
| 11 | |
| 12 | By *M. I. Knepper (w/permission)*<br>Mathew I. Knepper |
| 13 | Miles N. Clark<br>10040 W. Cheyenne Avenue, Suite 170-109<br>Las Vegas, NV 89129 |
| 14 | |
| 15 | HAINES & KRIEGER, LLC<br>David H. Krieger, Esq. |
| 16 | 8985 S. Eastern Avenue, Ste. 350<br>Henderson, NV 89123 |
| 17 | Attorneys for Plaintiff |

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 24, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David H. Krieger, Esq.
HAINES & KREIGER, LLC
8985 S. Eastern Avenue., Ste. 350
Henderson, NV 89123
Attorneys for Plaintiff
dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com

*s/Cristina Daniels*