# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. JOSEPH, | ) |
| Plaintiff, | ) Case No. 2:18-cv-00654-JCM-CWH |
| vs. | ) **ORDER** |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | ) |
| Defendants. | ) |

This matter is before the court on plaintiff and defendant Equifax Information Services' failure to comply with the court's minute order (ECF No. 9) dated May 23, 2018. In that minute order, the court ordered the parties to file dismissal documents or to submit a joint status report regarding their settlement efforts by July 6, 2018. To date, the parties have not complied with the order. The parties must file a stipulated dismissal or fax a joint status report to chambers at 702-454-5581 by August 30, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: July 30, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**