Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM JOSEPH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00654-JCM-CWH<br><br>**STIPULATION OF DISMISSAL OF OCWEN LOAN SERVICING, LLC, WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Ocwen Loan Servicing, LLC, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

/ / /

STIPULATION OF DISMISSAL OF OCWEN LOAN SERVICING, LLC, WITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated this 31ˢᵗ day of July, 2018.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyanne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **BROWNSTEIN HYATT FARBER & SCHREK LLP**<br><br>/s/ *Sean M. McElenney*<br>Arthur A Zorio, Esq.<br>Nevada Bar No. 6547<br>5371 Kietzke Lane<br>Reno, NV 89511<br>Email: RenoIDFilings@bhfs.com<br><br>Sean K. McElenney, Esq.<br>Nevada Bar No. 9122<br>BRYAN CAVE<br>Two North Central Ave., #2200<br>Phoenix, AZ 85004<br>Email: skmcelenney@bryancave.com<br><br>*Counsel for Defendant*<br>*Ocwen Loan Servicing, LLC* |
| --- | --- |
| **SNELL & WILMER LLP**<br><br>/s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Pkwy.<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* | |

### ORDER GRANTING STIPULATION OF DISMISSAL OF
### OCWEN LOAN SERVICING, LLC, WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED August 3, 2018.

STIPULATION OF DISMISSAL OF OCWEN LOAN SERVICING, LLC, WITH PREJUDICE - 2